IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IAN CUYPERS,

      Plaintiff,

                                    Case No:  24-CV-743

v.

SUPERIOR POLICE DEPARTMENT
OFFICERS JUSTIN TAYLOR, TAYLOR
GAARD, SGT. MATTHEW BROWN and
CITY OF SUPERIOR,

      Defendants.

---

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

Defendants Superior Police Department, Officers Justin Taylor, Taylor Gaard, Sgt. Matthew Brown, and the City of Superior, by their attorneys, Crivello, Nichols & Hall, S.C., hereby move the Court, the Honorable James D. Peterson, presiding, for an Order granting their Motion for Summary Judgment.

This Motion is made pursuant to Fed. R. Civ. P. 56 and is brought upon the ground that the Plaintiff cannot substantiate his claims as a matter of law.

This Motion is made upon the pleadings and proceedings had herein, the Brief in Support of Summary Judgment, the Defendants' Proposed Findings of Fact, as well as all other papers, pleadings and exhibits on file herein Through this Motion, the Defendants seek dismissal of all claims, plus an award of costs, disbursements and fees as may be allowed by law.

1

Dated this 14th day of November, 2025.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants Superior Police
Department Officers Justin Taylor, Taylor Gaard,
Sgt. Matthew Brown and City of Superior


By: *Electronically signed by Kiley B. Zellner*
    SAMUEL C. HALL, JR.
    State Bar No.: 1045476
    KILEY B. ZELLNER
    State Bar No,: 1056806
    MAXWELL P. CONGDON
    State Bar No. 1139726
    710 N. Plankinton Ave., Suite 500
    Milwaukee, WI 53203
    Phone: 414-271-7722
    Email: shall@crivellocarlson.com
        kzellner@crivellolaw.com
        mcongdon@crivellolaw.com