IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IAN CUYPERS, | ) |
| | ) |
| Plaintiff, | )   Case No. 24-cv-743 |
| | ) |
| v. | ) |
| | )   Judge James D. Peterson |
| SUPERIOR POLICE DEPARTMENT | )   Magistrate Judge Anita Marie Boor |
| OFFICER JUSTIN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE TRIAL DATE**

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff Ian Cuypers respectfully requests that this Court amend the scheduling order by setting new dates for the pretrial conferences and trial.

1. On February 28, 2025, this Court entered a scheduling order, setting a trial date of April 13, 2026, with pretrial conferences scheduled for April 1, 2026 and April 8, 2026.

2. Undersigned counsel, who will be acting as lead trial counsel for Plaintiff, is anticipating a child on April 8, 2026 and will be on parental leave during the month of April 2026.

3. As such, Plaintiff respectfully requests that this Court amend the scheduling order by rescheduling the dates for trial and associated pretrial conferences.

4. Undersigned counsel has conferred with counsel for the Defendants, who represented that Defendants have no objection to this request.

1

5.     After conferring regarding schedules, the parties are available for trial during the month of July 2026, should that work with the Court's schedule.

6.     The parties anticipate that the trial should take approximately three days.

7.     No prejudice will be suffered by any party as a result of the granting of this motion.

WHEREFORE, Plaintiff Ian Cuypers respectfully requests that this Court amend the scheduling order by rescheduling the date for trial, along with the associated pretrial conferences.

Dated: January 2, 2026                                  Respectfully submitted,

/s/ Brad J. Thomson
Brad J. Thomson
Nora Snyder, Ben H. Elson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
brad@peopleslawoffice.com
norasnyder@peopleslawoffice.com
ben@peopleslawoffice.com

***Attorneys for Plaintiff Ian Cuypers***