UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

IAN CUYPERS,

      Plaintiff,

                                  Case No:  24-CV-743

v.

SUPERIOR POLICE DEPARTMENT
OFFICERS JUSTIN TAYLOR, TAYLOR
GAARD, SGT. MATTHEW BROWN and
CITY OF SUPERIOR,

      Defendants.

---

## DEFENDANTS' NOTICE OF APPEAL

---

Notice is hereby given that Defendants Superior Police Department Officers Justin Taylor, Taylor Gaard, and Sergeant Matthew Brown by and through their attorneys, Crivello, Nichols & Hall, S.C., hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order of the United States District Court for the Western District of Wisconsin entered on February 9, 2026, (ECF No. 56), by the Honorable James D. Peterson, granting Plaintiff's motion for partial summary judgment (ECF No. 38) as for plaintiff's Fourth Amendment excessive force claim against Defendant Gaard for deploying her taser on Cuypers's lower back and legs and denying Defendants' motion for summary judgment. (ECF No. 30).

Specifically, Defendants appeal both aspects of the Court's ruling on summary judgment: (1) the denial of qualified immunity to Defendant Gaard on Plaintiff's excessive force claim arising from her deployment of a Taser, and (2) the grant of Plaintiff's motion for partial summary judgment on that same claim. Further, Defendants appeal the denial of qualified immunity on Defendants Taylor and Brown's failure to intervene to prevent Gaard from deploying her taser; Defendants Taylor and Gaard's use of excessive force against Cuypers in pointing their firearm at him; and Defendant Gaard's failure to intervene to prevent Taylor from pointing his firearm at Cuypers. Defendants also appeal the order denying them immunity from suit under Wis. Stat. § 893.80(4) on Plaintiff's claim that Defendants Gaard, Taylor, and Brown violated Wisconsin law by initiating a malicious prosecution against him for obstructing officers.

Dated this 26th day of February 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants Superior Police Department Officers Justin Taylor, Taylor Gaard, and Sgt. Matthew Brown

By: *Kiley B. Zellner*
    SAMUEL C. HALL, JR.
    State Bar No.: 1045476
    KILEY B. ZELLNER
    State Bar No,: 1056806
    MAXWELL P. CONGDON
    State Bar No. 1139726
    710 N. Plankinton Ave., Suite 500
    Milwaukee, WI 53203
    Phone: 414-271-7722
    Email: shall@crivellolaw.com
           kzellner@crivellolaw.com
           mcongdon@crivellolaw.com

2