APPEAL, INTERLOCUTORY_APPEAL, LHV, PROTECTIVE_ORDER,

## U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:24-cv-00743-jdp

| | |
|---|---|
| Cuypers, Ian v. Taylor, Justin et al | Date Filed: 10/24/2024 |
| Assigned to: District Judge James D. Peterson | Jury Demand: Both |
| Referred to: Magistrate Judge Anita Marie Boor | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Ian Richard Cuypers**  represented by  **Ben H Elson**
People's Law Office
1180 N. Milwaukee
Chicago, IL 60642
773-235-0070 x116
Fax: 773-235-0070
Email: ben@peopleslawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brad J. Thomson**
People's Law Office
1180 N Milwaukee Ave
FL 3
Chicago, IL 60642
773-235-0070
Fax: 773-235-6699
Email: brad@peopleslawoffice.com
*ATTORNEY TO BE NOTICED*

**Nora P. Snyder**
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
Email: norasnyder@peopleslawoffice.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Justin Taylor**  represented by  **Kiley B. Zellner**
Crivello, Nichols & Hall, S.C.
710 N Plankinton Ave
Ste 500
Milwaukee, WI 53203

|  |  |
|---|---|
|  | 414-290-7508<br>Fax: 414-271-4438<br>Email: kzellner@crivellolaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maxwell Paul Congdon**<br>Crivello, Nichols & Hall, S.C.<br>7 S. Dewey Street<br>Ste 120<br>Eau Claire, WI 54701<br>715-598-1730<br>Fax: 715-598-1731<br>Email: mcongdon@crivellolaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Samuel C. Hall , Jr.**<br>Crivello, Nichols & Hall, S.C.<br>710 N Plankinton Ave<br>Ste 500<br>Milwaukee, WI 53203<br>414-271-7722<br>Email: shall@CrivelloLaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| **Defendant** | | |
|---|---|---|
| **Taylor Gaard** | represented by | **Kiley B. Zellner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maxwell Paul Congdon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Samuel C. Hall , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| **Defendant** | | |
|---|---|---|
| **Matthew Brown** | represented by | **Kiley B. Zellner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maxwell Paul Congdon**<br>(See above for address) |

|  | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| --- | --- |
|  | **Samuel C. Hall , Jr.**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

| City of Superior | represented by | **Kiley B. Zellner**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| --- | --- | --- |
|  |  | **Maxwell Paul Congdon**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|  |  | **Samuel C. Hall , Jr.**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/24/2024 | 1 | COMPLAINT against Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Filing fee $ 405 receipt number 3582.), filed by Ian Richard Cuypers. (Attachments:<br># 1 JS-44 Civil Cover Sheet,<br># 2 Summons Taylor,<br># 3 Summons Gaard,<br># 4 Summons Brown,<br># 5 Summons City) (Snyder, Nora) Modified on 10/24/2024 (voc). (Entered: 10/24/2024) |
| 10/24/2024 | 2 | Notice of Appearance filed by Nora P. Snyder for Plaintiff Ian Richard Cuypers. (Snyder, Nora) (Entered: 10/24/2024) |
| 10/24/2024 | 3 | Notice of Appearance filed by Ben H Elson for Plaintiff Ian Richard Cuypers. (Elson, Ben) (Entered: 10/24/2024) |
| 10/24/2024 |  | Case randomly assigned to District Judge James D. Peterson and Magistrate Judge Anita Marie Boor. (jef) (Entered: 10/24/2024) |
| 10/24/2024 |  | Standard attachments for Judge James D. Peterson required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (jef) (Entered: 10/24/2024) |
| 10/24/2024 | 4 | Summons Issued as to Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (jef) (Entered: 10/24/2024) |

| | | |
|---|---|---|
| 10/25/2024 | 5 | Corporate Disclosure Statement by Plaintiff Ian Richard Cuypers. (Snyder, Nora) (Entered: 10/25/2024) |
| 10/29/2024 | 6 | Notice of Appearance filed by Brad J. Thomson for Plaintiff Ian Richard Cuypers. (Thomson, Brad) (Entered: 10/29/2024) |
| 11/14/2024 | 7 | AMENDED COMPLAINT against Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor, filed by Ian Richard Cuypers. (Snyder, Nora) (Entered: 11/14/2024) |
| 11/18/2024 | 8 | Notice of Appearance filed by Samuel C. Hall, Jr for Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Hall, Samuel) (Entered: 11/18/2024) |
| 11/18/2024 | 9 | Notice of Appearance filed by Maxwell Paul Congdon for Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Congdon, Maxwell) (Entered: 11/18/2024) |
| 11/18/2024 | 10 | Notice of Appearance filed by Kiley B. Zellner for Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Zellner, Kiley) (Entered: 11/18/2024) |
| 11/18/2024 | 11 | Waiver of Service Returned Executed by Defendant City of Superior. City of Superior waiver sent on 10/28/2024, answer due 12/27/2024. (Hall, Samuel) (Entered: 11/18/2024) |
| 11/18/2024 | 12 | Waiver of Service Returned Executed by Defendant Taylor Gaard. Taylor Gaard waiver sent on 10/28/2024, answer due 12/27/2024. (Hall, Samuel) (Entered: 11/18/2024) |
| 11/18/2024 | 13 | Waiver of Service Returned Executed by Defendant Justin Taylor. Justin Taylor waiver sent on 10/28/2024, answer due 12/27/2024. (Hall, Samuel) (Entered: 11/18/2024) |
| 11/18/2024 | 14 | Waiver of Service Returned Executed by Defendant Matthew Brown. Matthew Brown waiver sent on 10/28/2024, answer due 12/27/2024. (Hall, Samuel) (Entered: 11/18/2024) |
| 12/23/2024 | 15 | Amended ANSWER to Amended Complaint by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Zellner, Kiley) Modified on 12/26/2024. (lak) (Entered: 12/23/2024) |
| 12/26/2024 | | Set Telephone Pretrial or Status Conference: Telephone Pretrial Conference set for 2/4/2025 at 03:00 PM before Magistrate Judge Anita M. Boor. Please call (669) 254-5252 and enter meeting ID 161 2455 6623 when prompted. Wait to be admitted into the conference. The parties are advised that a Rule 26(f) conference shall occur not less than two weeks before the preliminary pretrial conference, and that the parties' report or reports must be filed not less than one week before the preliminary pretrial conference.[Standing Order Governing Preliminary Pretrial Conference attached] (jls) (Entered: 12/26/2024) |
| 01/09/2025 | 16 | Consent Motion to Continue *Initial Status Conference* by Plaintiff Ian Richard Cuypers. (Snyder, Nora) (Entered: 01/09/2025) |
| 01/10/2025 | 17 | ** TEXT ONLY ORDER **<br>**ORDER** granting 16 Consent Motion to Continue Initial Status Conference. |

| | | |
|---|---|---|
| | | Signed by Magistrate Judge Anita Marie Boor on 1/10/2025.<br><br>Telephone Pretrial Conference reset for 2/25/2025 at 03:00 PM before Magistrate Judge Anita M. Boor. Please call (669) 254-5252 and enter meeting ID 161 2455 6623 when prompted. Wait to be admitted into the conference. (jls) (Entered: 01/10/2025) |
| 02/12/2025 | | Notice to Counsel: The Telephone Pretrial Conference set for 2/25/2025 is reset for **2/28/2025 at 11:00 AM** to accommodate the courts calendar. Please call (669) 254-5252 and enter meeting ID 161 2455 6623 when prompted. Wait to be admitted into the conference. [Standing Order Governing Preliminary Pretrial Conference attached] (jls) (Entered: 02/12/2025) |
| 02/18/2025 | 18 | Joint Preliminary Pretrial Conference Report by Plaintiff Ian Richard Cuypers (Snyder, Nora) (Entered: 02/18/2025) |
| 02/28/2025 | | Minute Entry for proceedings held before Magistrate Judge Anita Marie Boor: Telephone Preliminary Pretrial Conference held on 2/28/2025 [00:16] (ckl) (Entered: 02/28/2025) |
| 02/28/2025 | 19 | Pretrial Conference **Order** - Preliminary Pretrial Packet in cases assigned to District Judge James D. Peterson attached. Amendments to Pleadings due 5/30/2025. Dispositive Motions due 10/30/2025. Settlement Letters due 2/27/2026. Rule 26(a)(3) Disclosures and Motions in Limine due 3/6/2026. Responses due 3/20/2026. Final Pretrial Conference set for 4/1/2026 at 02:30 PM. Second Final Pretrial Conference set for 4/8/2026 at 02:30 PM. Jury Selection and Trial set for 4/13/2026 at 09:00 AM. Signed by Magistrate Judge Anita Marie Boor on 2/28/2025. (jls) (Entered: 02/28/2025) |
| 06/26/2025 | 20 | stipulation for protective order by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Attachments:<br># 1 Exhibit ex a - confidentiality agreement - stipulation for protective order) (Congdon, Maxwell) (Entered: 06/26/2025) |
| 06/26/2025 | 21 | Exhibit to 20 Stipulation filed by Justin Taylor, Taylor Gaard, City of Superior, Matthew Brown (Congdon, Maxwell) (Entered: 06/26/2025) |
| 06/26/2025 | 22 | **\*\* TEXT ONLY ORDER \*\***<br>For good cause, the parties' stipulation for protective order, Dkt. 20 , is ACCEPTED and entered as the court's own order. Signed by Magistrate Judge Anita Marie Boor on 06/26/2025. (acd) (Entered: 06/26/2025) |
| 07/09/2025 | 23 | Motion for Extension of Time *for Plaintiff's Expert Disclosures* by Plaintiff Ian Richard Cuypers. Response due 7/16/2025. (Snyder, Nora) (Entered: 07/09/2025) |
| 07/23/2025 | 24 | **\*\* TEXT ONLY ORDER \*\***<br>Plaintiff filed a motion for extension of time, Dkt. 23 , asking to move his expert disclosure deadline by 30 days. Plaintiff offers a variety of reasons for the requested extension. First, acknowledging the motion was filed after the deadline, plaintiff reports that counsel mis-calendared the deadline, amounting to excusable neglect. *See* Fed. R. Civ. P. 6(b)(1)(B). This type of inadvertent error generally meets that standard, but it doesn't typically result in an extra month's time. To support the longer extension, plaintiff notes some delay in obtaining confidential documents from defendants and medical records from plaintiff's own treating physicians. It is not clear why these documents and records were not obtained |

| | | |
|---|---|---|
| | | sooner with more diligence--this case was filed over eight months ago, and the need for these documents would have been known even then--so, it is hard to find good cause for a lengthy extension. *See* Fed. R. Civ. P. 6(b)(1)(A). That said, there is time in the schedule to support some extension. Defendants did not file an opposition to plaintiff's motion by the court's deadline, although plaintiff did note an objection in the motion itself. Per plaintiff, defendants are concerned with having little time between their expert disclosure deadline and the dispositive motion deadline, but this concern can be addressed by shifting the dispositive motion deadline slightly. Because plaintiff does offer some reasons for the requested extension, defendants did not file a response with the court, and the court sees no undue prejudice to defendants with the modified schedule, plaintiff's motion is GRANTED in part. The following deadlines are RESET: Proponent expert disclosures due August 1; respondent expert disclosures due October 27; dispositive motions due November 14. Signed by Magistrate Judge Anita Marie Boor on 07/23/2025. (acd) (Entered: 07/23/2025) |
| 10/02/2025 | 25 | Motion for Protective Order by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Zellner, Kiley) (Entered: 10/02/2025) |
| 10/02/2025 | 26 | Declaration of Kiley B. Zellner filed by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor re: 25 Motion for Protective Order (Zellner, Kiley) (Entered: 10/02/2025) |
| 10/02/2025 | | Set/Reset Briefing Deadlines as to 25 Motion for Protective Order. Brief in Opposition due 10/9/2025. (acd) (Entered: 10/02/2025) |
| 10/09/2025 | 27 | Brief in Opposition by Plaintiff Ian Richard Cuypers re: 25 Motion for Protective Order filed by Justin Taylor, Taylor Gaard, City of Superior, Matthew Brown (Attachments:<br># 1 Exhibit 1 - Plaintiff's Initial Rule 26(a)(1) Disclosures,<br># 2 Exhibit 2 - 8.28.25 Email,<br># 3 Exhibit 3 - 9.12.25 Email,<br># 4 Exhibit 4 - 9.22.25 Email Chain,<br># 5 Exhibit 5 - 9.23.25 Email,<br># 6 Exhibit 6 - 9.29.25 Email,<br># 7 Exhibit 7 - Cuypers Trial Transcript Pg. 145,<br># 8 Exhibit 8 - Gaard Use of Force Report,<br># 9 Exhibit 9 - 3.29.24 Winterscheidt Emails with Maria Lockwood,<br># 10 Exhibit 10 - 4.5.24 Winterscheidt Email with Tylor Elm and Ian Schoenike,<br># 11 Exhibit 11 - 5.20.24 & 6.18.24 Winterscheidt Emails re. DAAT Instructor,<br># 12 Exhibit 12 - Disregard) (Snyder, Nora) Modified on 10/10/2025: Declaration correctly refiled. (lak) (Entered: 10/09/2025) |
| 10/10/2025 | 28 | Declaration of Nora Snyder filed by Plaintiff Ian Richard Cuypers re: 25 Motion for Protective Order. (lak) (Entered: 10/10/2025) |
| 10/30/2025 | 29 | **ORDER** Defendants' motion for a protective order, Dkt. 25 , is DENIED. The parties bear their own costs in this matter. Signed by Magistrate Judge Anita Marie Boor on 10/30/2025. (acd) (Entered: 10/30/2025) |
| 11/14/2025 | 30 | **MOTION FOR SUMMARY JUDGMENT** by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. Brief in Opposition due 12/5/2025. Brief in Reply due 12/15/2025. (Zellner, Kiley) (Entered: 11/14/2025) |

| | | |
|---|---|---|
| 11/14/2025 | 31 | Brief in Support of 30 Motion for Summary Judgment by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor (Zellner, Kiley) (Entered: 11/14/2025) |
| 11/14/2025 | 32 | Declaration of Kiley B. Zellner filed by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor re: 30 Motion for Summary Judgment (Attachments:<br># 1 Exhibit 1 - citation #6z8056rq7w,<br># 2 Exhibit 2 - citation #bj272090-0,<br># 3 Exhibit 3 - place holder for squad car dash footage,<br># 4 Exhibit 4 - place holder for taylor body worn camera footage,<br># 5 Exhibit 5 - place holder for gaard body worn camera footage,<br># 6 Exhibit 6 - place holder for brown body worn camera footage,<br># 7 Exhibit 7 - pltf responses to defendants first set of discovery) (Zellner, Kiley) Modified on 11/14/2025. (lak) (Entered: 11/14/2025) |
| 11/14/2025 | 33 | Proposed Findings of Fact filed by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor re: 30 Motion for Summary Judgment (Zellner, Kiley) (Entered: 11/14/2025) |
| 11/14/2025 | 34 | Deposition of Matthew Brown taken on 09/24/2025. (Zellner, Kiley) (Entered: 11/14/2025) |
| 11/14/2025 | 35 | Deposition of Ian Cuypers taken on 10/29/2025. (Zellner, Kiley) (Entered: 11/14/2025) |
| 11/14/2025 | 36 | Deposition of Taylor Gaard taken on 10/03/2025. (Zellner, Kiley) (Entered: 11/14/2025) |
| 11/14/2025 | 37 | Deposition of Justin Taylor taken on 10/03/2025. (Zellner, Kiley) (Entered: 11/14/2025) |
| 11/14/2025 | 38 | **MOTION FOR PARTIAL SUMMARY JUDGMENT** by Plaintiff Ian Richard Cuypers. Brief in Opposition due 12/5/2025. Brief in Reply due 12/15/2025. (Snyder, Nora) Modified on 11/17/2025. (lak) (Entered: 11/14/2025) |
| 11/14/2025 | 39 | Brief in Support of 38 Motion for Partial Summary Judgment by Plaintiff Ian Richard Cuypers. (Snyder, Nora) Modified on 11/17/2025. (lak) (Entered: 11/14/2025) |
| 11/14/2025 | 40 | Declaration of Nora Snyder filed by Plaintiff Ian Richard Cuypers re: 38 Motion for Partial Summary Judgment (Attachments:<br># 1 Exhibit 1 - Cuypers Dep,<br># 2 Exhibit 2 - Booking Sheet,<br># 3 Exhibit 3 - Taylor Dep,<br># 4 Exhibit 4 - Brown Dep,<br># 5 Exhibit 5 - Gaard Dep,<br># 6 Exhibit 6 - Taylor Dashcam (Placeholder),<br># 7 Exhibit 7 - Taylor BWC (Placeholder),<br># 8 Exhibit 8 - Gaard BWC (Placeholder),<br># 9 Exhibit 9 - Brown BWC (Placeholder),<br># 10 Exhibit 10 - UOF Report,<br># 11 Exhibit 11 - Cuypers Trial Transcript) (Snyder, Nora) Modified on 11/17/2025. (lak) (Entered: 11/14/2025) |

| | | |
|---|---|---|
| 11/14/2025 | 41 | Proposed Findings of Fact filed by Plaintiff Ian Richard Cuypers re: 38 Motion for Partial Summary Judgment. (Snyder, Nora) Modified on 11/17/2025. (lak) (Entered: 11/14/2025) |
| 11/17/2025 | 42 | Deposition of Justin Taylor taken on 9-22-2025. (Zellner, Kiley) (Entered: 11/17/2025) |
| 12/05/2025 | 43 | Brief in Opposition by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor re: 38 Motion for Partial Summary Judgment filed by Ian Richard Cuypers (Zellner, Kiley) (Entered: 12/05/2025) |
| 12/05/2025 | 44 | Response to Proposed Findings of Fact filed by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor re: 38 Motion for Partial Summary Judgment (Zellner, Kiley) (Entered: 12/05/2025) |
| 12/05/2025 | 45 | Response to Proposed Findings of Fact filed by Plaintiff Ian Richard Cuypers re: 30 Motion for Summary Judgment (Snyder, Nora) (Entered: 12/05/2025) |
| 12/05/2025 | 46 | Supplemental Proposed Findings of Fact filed by Plaintiff Ian Richard Cuypers re: 30 Motion for Summary Judgment (Snyder, Nora) (Entered: 12/05/2025) |
| 12/05/2025 | 47 | Brief in Opposition by Plaintiff Ian Richard Cuypers re: 30 Motion for Summary Judgment filed by Justin Taylor, Taylor Gaard, City of Superior, Matthew Brown (Snyder, Nora) (Entered: 12/05/2025) |
| 12/05/2025 | 48 | Declaration of Nora Snyder filed by Plaintiff Ian Richard Cuypers re: 30 Motion for Summary Judgment (Attachments:<br># 1 Exhibit 1 - Booking Sheet,<br># 2 Exhibit 2 - Cuypers Trial Transcript,<br># 3 Exhibit 3 - Brown BWC During Incident Placeholder,<br># 4 Exhibit 4 - Brown BWC Post Incident Placeholder) (Snyder, Nora) (Entered: 12/05/2025) |
| 12/15/2025 | 49 | Reply in Support of Proposed Findings of Fact filed by Plaintiff Ian Richard Cuypers re: 38 Motion for Partial Summary Judgment (Snyder, Nora) (Entered: 12/15/2025) |
| 12/15/2025 | 50 | Brief in Reply by Plaintiff Ian Richard Cuypers in Support of 38 Motion for Partial Summary Judgment (Snyder, Nora) (Entered: 12/15/2025) |
| 12/15/2025 | 51 | Brief in Reply by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor in Support of 30 Motion for Summary Judgment (Zellner, Kiley) (Entered: 12/15/2025) |
| 12/15/2025 | 52 | Reply in Support of Proposed Findings of Fact filed by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor re: 30 Motion for Summary Judgment (Zellner, Kiley) (Entered: 12/15/2025) |
| 12/15/2025 | 53 | Response to Proposed Findings of Fact filed by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor re: 30 Motion for Summary Judgment (Zellner, Kiley) (Entered: 12/15/2025) |
| 01/02/2026 | 54 | Unopposed Motion to Reschedule Trial Date by Plaintiff Ian Richard Cuypers. Response due 1/9/2026. (Thomson, Brad) (Entered: 01/02/2026) |

| | | |
|---|---|---|
| 01/06/2026 | 55 | **\*\* TEXT ONLY ORDER \*\*** Plaintiff has filed an unopposed motion to move the trial date, Dkt. 54 , reporting that his lead trial counsel is expecting to be on paternity leave at that time. The court moves deadlines for good cause only, which this generally satisfies. Also, this case has not been reset previously, and the request is unopposed, signaling no prejudice to the nonmoving party. For these reasons, the motion is GRANTED. The parties propose to reset the trial in July 2026. The only week the court can fit another trial in that month is the last, so the following deadlines are RESET to: Final Pretrial Conference set for 7/15/2026 at 02:30 PM. Second Final Pretrial Conference set for 7/22/2026 at 02:30 PM. Jury Selection and Trial set for 7/27/2026 at 09:00 AM. All other deadlines remain in place. Signed by Magistrate Judge Anita Marie Boor on 01/06/2026. (acd) (Entered: 01/06/2026) |
| 01/06/2026 | | Set/Reset Trial Deadlines/Hearings: Final Pretrial Conference set for 7/15/2026 at 02:30 PM. Second Final Pretrial Conference set for 7/22/2026 at 02:30 PM. Jury Selection and Trial set for 7/27/2026 at 09:00 AM. (acd) (Entered: 01/06/2026) |
| 02/09/2026 | 56 | **OPINION and ORDER** granting 38 Motion for Partial Summary Judgment; denying 30 Motion for Summary Judgment. Signed by District Judge James D. Peterson on 2/09/2026. (nln) (Entered: 02/09/2026) |
| 02/18/2026 | 57 | Unopposed Motion for Extension of Time *to file Pre-Trial Filings* by Plaintiff Ian Richard Cuypers. (Snyder, Nora) (Entered: 02/18/2026) |
| 02/18/2026 | 58 | **\*\* TEXT ONLY ORDER \*\*** For good cause, plaintiff's unopposed motion for an extension of time for pretrial filings, Dkt. 57 , is GRANTED. Pretrial filings are now due on March 20, 2026. Responses are due April 7, 2026. Signed by Magistrate Judge Anita Marie Boor on 2/18/2026. (voc) (Entered: 02/18/2026) |
| 02/26/2026 | 59 | NOTICE OF APPEAL - INTERLOCUTORY by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor as to 56 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment. Filing fee of $ 605, receipt number AWIWDC-3752867 paid. No Docketing Statement filed. (Zellner, Kiley) (Entered: 02/26/2026) |
| 02/26/2026 | 60 | Motion to Adjourn Trial Pending Appeal by Defendants Matthew Brown, City of Superior, Taylor Gaard, Justin Taylor. (Zellner, Kiley) Modified on 2/27/2026. (lak) (Entered: 02/26/2026) |